JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
MICHAEL A. BURNETTE, ESQ.
Nevada Bar No. 16210
**JACKSON LEWIS P.C.**
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
E-Mail: joshua.sliker@jacksonlewis.com
E-Mail: michael.burnette@jacksonlewis.com

*Attorneys for Defendants*
*Ignite Teen Treatment LLC, and*
*Moriah Behavioral Health Co.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DELIADEM THOMPSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>IGNITE TEEN TREATMENT, LLC, a domestic limited liability company and MORIAH BEHAVIORAL HEALTH CO., a domestic corporation; Does I-X and Roe Corporations I-X,<br><br>Defendants. | Case No.: 2:23-cv-00477-JAD-BNW<br><br>**STIPULATION AND ORDER TO:**<br><br>**(1) VACATE ENTRY OF DEFAULT AGAINST DEFENDANTS; AND**<br><br>**(2) EXTEND THE DEADLINE FOR DEFENDANTS TO ANSWER PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Plaintiff Deliadem Thompson, by and through her counsel, the law firm of HKM Employment Attorneys LLP, and Defendants Ignite Teen Treatment, LLC and Moriah Behavior Health Co., by and through their counsel, the law firm of Jackson Lewis P.C., hereby stipulate and agree as follows:

1.  Plaintiff filed her Complaint on March 31, 2023. ECF No. 1. The Summons and Complaint were served on Defendants on April 5, 2023. ECF No. 5-1. Defendants' respective responses to the Complaint were due on or about April 26, 2023.

2.  Plaintiff moved for entry of default against Defendants on July 6, 2023. ECF No. 6. The Clerk entered default against Defendants on July 7, 2023. ECF No. 7.

3.  On or about July 21, 2023, Plaintiff, following negotiations with Defendants, agreed to vacate the entry of default against Defendants; provided that Defendants agree to file answers to

Plaintiff's Complaint rather than Motions to Dismiss Plaintiff's Complaint pursuant to FRCP 12(b). Defendants have agreed to do so.

4. The parties further agree that Defendants' respective Answers to Plaintiff's Complaint shall be due on August 11, 2023. This is the first stipulation for an extension of time for Defendants to file their respective answers to Plaintiff's Complaint.

5. This Stipulation is made in good faith and not for the purpose of delay.

6. Nothing in this Stipulation, nor the fact of entering to the same, shall have the effect of or be construed as waiving any claim or defense held by any party hereto.

DATED this 1st day of August, 2023.

HKM EMPLOYMENT ATTORNEYS LLP

/s/ Dana Sniegocki
DANA SNIEGOCKI, ESQ.
Nevada Bar No. 11715
101 Convention Dr. Suite 600
Las Vegas, NV 89109

*Attorney for Plaintiff*
*Delaidem Thompson*

JACKSON LEWIS P.C.

/s/ Joshua A. Sliker
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
MICHAEL A. BURNETTE, ESQ.
Nevada Bar No. 16210
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorneys for Defendant*
*Ignite Teen Treatment LLC*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE /
UNITED STATES MAGISTRATE JUDGE

Date: 8/7/2023