DANA SNIEGOCKI, ESQ.
Nevada Bar No. 11715
Email: dsniegocki@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
101 Convention Center Drive, Suite 600
Las Vegas, Nevada 89109
Tel: (702) 805-8340
Fax: (702) 805-8340
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DELIADEM THOMPSON, an individual, | Case No.: 2:23-cv-00477-JAD-BNW |
| Plaintiff, | **STIPULATION AND ORDER TO STAY DISCOVERY PENDING OUTCOME OF EARLY NEUTRAL EVALUATION (FIRST REQUEST)** |
| vs. | |
| IGNITE TEEN TREATMENT, LLC, a domestic limited liability company and MORIAH BEHAVIORAL HEALTH CO., a domestic corporation; Does I-X and Roe Corporations I-X, | |
| Defendants. | |

Plaintiff Deliadem Thompson, by and through her counsel, the law firm of HKM Employment Attorneys LLP, and Defendants Ignite Teen Treatment, LLC and Moriah Behavior Health Co., by and through their counsel, the law firm of Jackson Lewis P.C., hereby stipulate and agree to stay discovery pending the outcome of the Early Neutral Evaluation scheduled for November 2, 2023.

In assessing a request to stay discovery, the Court decides whether it is necessary to speed the parties along in discovery or whether it is appropriate to delay discovery and spare the parties the associated expense. *Tradebay, LLC v. Ebay, Inc*., 278 F.R.D. 597, 603 (D. Nev. 2011). The parties submit that staying discovery until the Early Neutral Evaluation ("ENE") will spare both the parties and the Court time and expense. Prior to initiating the instant action, the parties were engaged in settlement discussions, though they were unable to reach a resolution. After the filing of the instant action, the parties have continued their discussions to resolve this matter, and are

1

hopeful the ENE will dispense with the need for discovery all together. The parties intend to continue their settlement discussions during the stay of discovery, if granted.

The parties have already met in compliance with Federal Rule of Civil Procedure 26(f), and have agreed that a stay of discovery is the most prudent course at this juncture. The parties have also agreed to exchange initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) in advance of the scheduled ENE. Further, the parties agree that, in the event no settlement is reached at the ENE, they will submit their Stipulated Proposed Discovery Plan and Scheduling Order, in compliance with LR 26-1 on or before November 10, 2023.

DATED this 6th day of September, 2023.

| | |
|---|---|
| HKM EMPLOYMENT ATTORNEYS LLP | JACKSON LEWIS P.C. |
| /s/ *Dana Sniegocki* | /s/ *Joshua Sliker* |
| DANA SNIEGOCKI, ESQ. | JOSHUA A. SLIKER, ESQ. |
| Nevada Bar No. 11715 | Nevada Bar No. 12493 |
| 101 Convention Dr. Suite 600 | MICHAEL A. BURNETTE, ESQ. |
| Las Vegas, NV 89109 | Nevada Bar No. 16210 |
| | 300 S. Fourth Street, Suite 900 |
| *Attorney for Plaintiff* | Las Vegas, Nevada 89101 |
| *Deliadem Thompson* | |
| | *Attorneys for Defendant* |
| | *Ignite Teen Treatment LLC* |

**IT IS SO ORDERED**

**DATED:** 9:14 pm, September 07, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2