JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
MICHAEL A. BURNETTE, ESQ.
Nevada Bar No. 16210
**JACKSON LEWIS P.C.**
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
E-Mail: joshua.sliker@jacksonlewis.com
E-Mail: michael.burnette@jacksonlewis.com

*Attorneys for Defendants*
*Ignite Teen Treatment LLC, and*
*Moriah Behavioral Health Co.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DELIADEM THOMPSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>IGNITE TEEN TREATMENT, LLC, a domestic limited liability company and MORIAH BEHAVIORAL HEALTH CO., a domestic corporation; Does I-X and Roe Corporations I-X,<br><br>Defendants. | Case No.: 2:23-cv-00477-JAD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO SUBMIT STIUPATION OF DISMISSAL**<br><br>**(SECOND REQUEST)** |

  Plaintiff Deliadem Thompson, by and through her counsel, the law firm of HKM Employment Attorneys LLP, and Defendants Ignite Teen Treatment, LLC and Moriah Behavior Health Co., by and through their counsel, the law firm of Jackson Lewis P.C., hereby stipulate and agree as follows:

  1. On November 2, 2023, the parties participated in an Early Neutral Evaluation ("ENE") before the Honorable Magistrate Judge Koppe.

  2. The parties were successful in reaching a settlement of all claims in this matter.

  3. Pursuant to the Order entered on November 2, 2023 (Doc. No. 18) the parties were to file a Stipulation of Dismissal and Proposed Order on or before December 7, 2023.

  4. On December 7, 2023, the parties submitted a Stipulation to Extend the Deadline to File the Stipulation of Dismissal and Proposed Order to December 13, 2023. ECF No. 19. The Court

1  granted the Stipulation on December 8, 2023. ECF No. 20.

2      5.    The parties have finalized all aspects of the settlement except for one item involving a potential tax issue which Defendants are still working to resolve.

    6.    Defendants anticipate the issue will be resolved in the coming days.

    7.    As a result, the parties hereby stipulate and request to extend the time until December 26, 2023, to submit their Joint Stipulation of Dismissal and Proposed Order. This constitutes an extension of eleven (11) days.

    8.    This request is made in good faith and not for the purpose of delay.

DATED this 14th day of December, 2023.

| HKM EMPLOYMENT ATTORNEYS LLP | JACKSON LEWIS P.C. |
|---|---|
| */s/ Dana Sniegocki*<br>DANA SNIEGOCKI, ESQ.<br>Nevada Bar No. 11715<br>101 Convention Dr. Suite 600<br>Las Vegas, NV 89109<br><br>*Attorney for Plaintiff*<br>*Delaidem Thompson* | */s/ Joshua A. Sliker*<br>JOSHUA A. SLIKER, ESQ.<br>Nevada Bar No. 12493<br>MICHAEL A. BURNETTE, ESQ.<br>Nevada Bar No. 16210<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Defendant*<br>*Ignite Teen Treatment LLC* |

**ORDER**

IT IS SO ORDERED.

_____
~~U.S. DISTRICT COURT JUDGE /~~
U.S. MAGISTRATE JUDGE

Dated: December 15, 2023