# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DELIADEM THOMPSON, | Case No. 2:23-cv-00477-JAD-BNW |
| Plaintiff(s), | **ORDER** |
| v. | [Docket No. 23] |
| IGNITE TEEN TREATMENT, LLC, et al., | |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion to enforce settlement. Docket No. 23. Defendant Ignite Teen Treatment filed a response in opposition. Docket No. 24. Plaintiff filed a reply. Docket No. 25. Plaintiff filed two supplements. Docket Nos. 26-27.[1] It does not appear that there is any dispute as to the existence or terms of the settlement, but rather a portion of the settlement amount has yet to be paid, although there have been developments on that front. *See* Docket Nos. 26-27. Given the circumstances, the Court **DENIES** without prejudice the pending motion to enforce settlement. If the remaining payment issue is resolved, the parties must file dismissal papers by March 29, 2024.[2] If the remaining payment issue is not resolved, then Plaintiff may file a renewed motion to enforce settlement by April 12, 2024.

IT IS SO ORDERED.

Dated: February 15, 2024

                                                                       _____
                                                                       Nancy J. Koppe
                                                                       United States Magistrate Judge

---

[1] "Supplementation [is] prohibited without leave of court. A party may not file supplemental pleadings, briefs, authorities, or evidence without leave of court granted for good cause." Local Rule 7-2(g). Counsel must comply with this local rule moving forward.

[2] If the remaining payment issue resolves, but Plaintiff continues to seek attorney's fees, then Plaintiff may promptly renew her motion for fees.

1