JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
MICHAEL A. BURNETTE, ESQ.
Nevada Bar No. 16210
**JACKSON LEWIS P.C.**
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
E-Mail: joshua.sliker@jacksonlewis.com
E-Mail: michael.burnette@jacksonlewis.com

*Attorneys for Defendants*
*Ignite Teen Treatment LLC, and*
*Moriah Behavioral Health Co.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DELIADEM THOMPSON, an individual, | Case No. 2:23-cv-00477-JAD-BNW |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| IGNITE TEEN TREATMENT, LLC, a domestic limited liability company and MORIAH BEHAVIORAL HEALTH CO., a domestic corporation; Does I-X and Roe Corporations I-X, | |
| Defendants. | |

Plaintiff Deliadem Thompson ("Plaintiff") and Defendants Ignite Teen Treatment, LLC and Moriah Behavioral Health Co. ("Defendants"), by and through their respective counsel of record, hereby submit the following stipulation.

/ / /

/ / /

/ / /

/ / /

/ / /

Jackson Lewis P.C.
Las Vegas

Plaintiff and Defendants stipulate and agree to dismiss this case and all claims and allegations therein with prejudice, each party to bear their own fees and costs.

DATED this 29th day of March, 2024.

| HKM EMPLOYMENT ATTORNEYS LLP | JACKSON LEWIS, P.C. |
|---|---|
| */s/ Dana S. Sniegocki* <br> DANA SNIEGOCKI, ESQ. <br> Nevada Bar No. 11715 <br> 101 Convention Dr. Suite 600 <br> Las Vegas, NV 89109 <br><br> *Attorney for Plaintiff* <br> *Deliadem Thompson* | */s/Joshua A. Sliker* <br> JOSHUA A. SLIKER, ESQ. <br> Nevada Bar No. 12493 <br> MICHAEL A. BURNETTE, ESQ. <br> Nevada Bar No. 16210 <br> 300 S. Fourth Street, Suite 900 <br> Las Vegas, Nevada 89101 <br><br> *Attorneys for Defendant* <br> *Ignite Teen Treatment LLC and* <br> *Moriah Behavioral Health Co.* |

## **ORDER**

Based on the Stipulation of the parties [ECF No. 29] and good cause appearing, IT IS ORDERED that this case is DISMISSED with prejudice, each party to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. DISTRICT JUDGE
Dated this 2nd day of April 2024.